## MISSOURI v. BLAIR

No. 85–303. Argued November 12, 1986—Decided March 25, 1987

*Albert A. Riederer* argued the cause for petitioner. With him on the briefs were *William L. Webster*, Attorney General of Missouri, *Philip M. Koppe*, Assistant Attorney General, and *Robert Frager*.

*Joseph H. Locascio* argued the cause and filed a brief for respondent.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*\*Larry W. Yackle, Charles S. Sims*, and *Burt Neuborne* filed a brief for the American Civil Liberties Union et al. as *amici curiae* urging affirmance.